JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGA DISTRIBUTION INT'L. INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br><br>WOLO MANUFACTURING CORP., a New York Corporation;<br>Defendant. | Case No. 2:15-cv-06802-JVS-(JPRx)<br>**ORDER GRANTING REQUEST FOR DISMISSAL**<br>Judge: Hon. James V. Selna |

**[PROPOSED] ORDER**

## **ORDER**

The Court, having considered the parties' stipulated REQUEST FOR DISMISSAL, and good cause appearing,

**IT IS HEREBY ORDERED** that all claims and counterclaims asserted in the above-captioned action by and between Mega Distribution Int'l. Inc. and Wolo Manufacturing Corp. are hereby dismissed with prejudice. It is further ORDERED that all costs, expenses and attorney fees are to be borne by the party that incurred them.

**IT IS SO ORDERED.**

Dated: February 18, 2016

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE